

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JOHN BERRY JACKSON, | § | No. 08-19-00174-CR |
| Appellant, | § | Appeal from the |
| v. | § | 132nd District Court |
| THE STATE OF TEXAS, | § | of Scurry County, Texas |
| State. | § | (TC# 10639) |

## **O R D E R**

Pending before the Court is a motion filed by Appellant's retained counsel, Christianson O. Hartman, to withdraw as counsel. The motion to withdraw is GRANTED. The Court has been informed that Appellant has filed an affidavit of indigence and request for the appointment of counsel. It is therefore ORDERED that the trial court conduct a hearing to determine if Appellant is entitled to court-appointed counsel. If the trial court determines based on a review of the affidavit of indigence that Appellant is entitled to the appointment of counsel, it will not be necessary for the court to conduct a formal hearing. The trial court shall forward its order and/or findings to the District Clerk of Scurry County on or before August 8, 2019. The District Clerk shall prepare a supplemental clerk's record containing the trial court's order and or findings on or before August 18, 2019. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before August 18, 2019.

IT IS SO ORDERED this 19th day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.